**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Maria Burciaga (SBN 334545)
mb@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiffs, Jose Hernandez, Jose Oregel the Putative Class, and the Aggrieved Employees

(*Additional Parties and their Counsel on Following Pages*)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOSE HERNANDEZ, JOSE OREGEL, CLAUDIA LILIANA RAMIREZ MARTINEZ, and JOSE J. GUZMAN, individuals on behalf of themselves, the State of California, as a private attorneys general, and on behalf of all others similarly situated,

Plaintiffs,

v.

JBS PREPARED FOODS, INC., a Delaware Corporation; and DOES 1 TO 50,

Defendants.

Case No. 2:25-cv-03096-TLN-AC

**JOINT STIPULATION TO DISMISS PLAINTIFFS' TENTH CAUSE OF ACTION WITHOUT PREJUDICE; ORDER**

Judge: Hon. Troy L. Nunley
Hearing: November 12, 2026
Time: 2:00 p.m.
Room: 2

**COUNSEL FOR PLAINTIFF CLAUDIA LILIANA RAMIREZ MARTINEZ**

**AEGIS LAW FIRM, PC**
Samuel A. Wong (SBN 217104)
swong@aegislawfirm.com
Jessica L. Campbell (SBN 280626)
jcampbell@aegislawfirm.com
Joseph M. Szilagyi (SBN 317450)
jszilagyi@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Phone: (949) 379-6250
Fax: (949) 379-6251

Attorneys for Plaintiff Claudia Liliana Ramirez Martinez, Individually, the State of California, as a private attorney general, and on behalf of all others similarly situated,

**COUNSEL FOR PLAINTIFF JOSE J. GUZMAN**

**WORK LAWYERS P.C.**
Justin Lo (SBN 280102)
justin@caworklawyer.com
22939 Hawthorne Blvd., Suite 300
Torrance, California 90505
Phone: (424) 355-8535
Fax: (424) 355-8335

Attorney for Plaintiff Jose J. Guzman, Individually, the State of California, as a private attorney general, and on behalf of all others similarly situated,

**SPENCER FANE LLP**
Jonathon M. Watson (CA SBN 333845)
jmwatson@spencerfane.com
Joseph H. Hunt (*admitted pro hac vice*)
jhunt@spencerfane.com
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (303) 839-3800
Facsimile: (303) 839-3838

Attorneys for Defendant JBS Prepared Foods, Inc.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Jose Hernandez, Jose Oregel, Claudia Liliana Ramirez Martinez, and Jose J. Guzman ("Plaintiffs") and Defendant JBS Prepared Foods, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs' operative First Amended Consolidated Class and PAGA Representative Complaint asserts a Tenth Cause of Action for violation of California's Unfair Competition Law, Business and Professions Code sections 17200 et seq. (the "UCL Claim");

WHEREAS, on October 2, 2026, Defendant filed a Motion for Partial Judgment on the Pleadings (ECF No. 23) (the "Motion") seeking dismissal of the UCL Claim presently set for hearing on November 12, 2026;

WHEREAS, the Parties met and conferred on October 15, 2026, and reached agreement to resolve the Motion on the terms set forth below; and

WHEREAS, in order to conserve the resources of the Parties and the Court, and without any admission or adjudication of the merits of any claim or defense, the Parties have agreed to resolve the Motion by this Stipulation;

NOW, THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, and respectfully request that the Court order, as follows:

1. Plaintiffs' Tenth Cause of Action for violation of Business and Professions Code sections 17200 et seq. is dismissed without prejudice for lack of equitable jurisdiction;

2. The dismissal of the Tenth Cause of Action is not an adjudication of the merits of any claim or defense, and all of Plaintiffs' remaining causes of action are unaffected by this Stipulation;

3. The named Plaintiffs covenant and agree that they will not refile the dismissed UCL Claim in state or federal court, nor in any court of competent jurisdiction or other forum, each on his or her own behalf and in any representative or class capacity. This agreement binds only the named Plaintiffs and does not adjudicate, release, or otherwise affect the rights of any putative class member or other current or former employee of Defendant;

4. Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 23) is withdrawn, and the November 12, 2026 hearing is vacated; and

5. Each Party shall bear its own attorneys' fees and costs incurred in connection with the Motion.

**IT IS SO STIPULATED.**

Dated: October 16, 2026

**MELMED LAW GROUP P.C.**

*/s/ Maria Burciaga*

**MARIA BURCIAGA**

Attorneys for Plaintiffs Jose Hernandez and Jose Oregel

Dated: October 16, 2026

**AEGIS LAW FIRM, P.C.**

*/s/ Joseph M. Szilagyi*

**JOSEPH M. SZILAGYI**

Attorney for Plaintiff Claudia Liliana Ramirez Martinez

Dated: October 16, 2026

**WORK LAWYERS P.C.**

*/s/ Jarrod Nakano*

**JARROD NAKANO**

Attorney for Plaintiff Jose J. Guzman

Dated: October 16, 2026

**SPENCER FANE LLP**

*/s/ Joseph H. Hunt*

**JOSEPH H. HUNT**

Attorneys for Defendant JBS Prepared Foods, Inc.

Pursuant to Local Rule 131(e), the filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

# ORDER

Pursuant to the Parties' Stipulation to Dismiss Plaintiffs' Tenth Cause of Action Without Prejudice, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Tenth Cause of Action for violation of California's Unfair Competition Law, Business and Professions Code sections 17200 et seq. (the "UCL Claim"), is DISMISSED WITHOUT PREJUDICE for lack of equitable jurisdiction;

2. The dismissal of the Tenth Cause of Action is not an adjudication of the merits of any claim or defense, and Plaintiffs' remaining causes of action are unaffected;

3. The named Plaintiffs shall not refile the dismissed UCL Claim in state or federal court, nor in any court of competent jurisdiction or other forum, each on his or her own behalf and in any representative or class capacity.

4. Defendant's Motion for Partial Judgment on the Pleadings (ECF No. 23) is withdrawn, and the November 12, 2026 hearing is VACATED; and

5. Each Party shall bear its own attorneys' fees and costs incurred in connection with the Motion.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Troy L. Nunley
Chief United States District Judge