**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE HERNANDEZ, JOSE OREGEL, CLAUDIA LILIANA RAMIREZ MARTINEZ, and JOSE J. GUZMAN, individuals on behalf of themselves, the State of California, as a private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JBS PREPARED FOODS, INC., a Delaware Corporation; and DOES 1 TO 50,<br><br>Defendants. | Case Number: 2:25-CV-03096-TLN-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The deadline to complete fact discovery is extended from November 16, 2026 to and including March 16, 2027, solely for the following limited purposes: (a) the deposition of Defendant pursuant to Federal Rule of Civil Procedure 30(b)(6); (b) any discovery arising out of that deposition (limited to discovery requests or depositions based on the documents or witnesses identified not previously known or available); (c) the Parties' supplemental responses to interrogatories and requests for production of documents; and (d) Defendant's depositions, limited to eight (8) of the sixteen (16) declarants identified by Plaintiffs to date and, if Plaintiffs identify additional declarants after the date of the Stipulation, up to one-half of such additional declarants (rounded up to the nearest whole number). Except as stated in this Paragraph, no Party may propound or notice new discovery;

2. The deadline for the filing, hearing, and resolution of discovery motions is likewise extended to and including March 16, 2027 as to the discovery described in Paragraph 1, such that any disputes relative to such discovery shall be resolved by appropriate order if necessary, and any such order obeyed, no later than March 16, 2027; and

3. All other deadlines and provisions of the Initial Pretrial Scheduling Order (ECF No. 8) remain in full force and effect. For purposes of computing the expert disclosure, supplemental disclosure, and dispositive motion deadlines under Sections IV, V, and VI of that Order, the close of discovery remains November 16, 2026.

**IT IS SO ORDERED.**

Dated: October 26, 2026

Troy L. Nunley
Chief United States District Judge